WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MELLISSA M. VARGAS,            )<br>                                                )<br>            Plaintiff,              )<br>                                                )<br>      v.                                     )<br>                                                )<br>MICHAEL J. ASTRUE,          )<br>Commissioner of Social Security, )<br>                                                )<br>            Defendant.             )<br>_____ ) | CASE NO.: **EDCV 10-0654 DTB**<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FIVE HUNDRED FIFTY DOLLARS and no/cents ($2,550.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: January 3, 2012

_____
UNITED STATES MAGISTRATE JUDGE

1